UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 00802
  MARK H EICHLIN

                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-5729

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/31/06 and confirmed on 07/19/06.

     2.  The case was dismissed after confirmation, 05/16/2008.

     3.  The Debtor paid a total of $ 66392.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------
EARTH MOVERS C U           SECURED              .00          .00          .00
WELLS FARGO HOME MTGE      CURRENT MORTG  57719.52          .00     57719.52
WELLS FARGO HOME MTGE      MORTGAGE ARRE  25426.20          .00      4842.44
DISCOVER BANK              UNSECURED      12536.59          .00          .00
KEYBANK NATIONAL ASSOCIA   UNSECURED      14192.21          .00          .00
MRSI                       UNSECURED      NOT FILED         .00          .00
NICOR GAS                  UNSECURED      NOT FILED         .00          .00
SPIEGEL                    UNSECURED      NOT FILED         .00          .00
ILLINOIS DEPT REVENUE      PRIORITY       NOT FILED         .00          .00
INTERNAL REVENUE SERVICE   PRIORITY       23876.31          .00          .00
INTERNAL REVENUE SERVICE   UNSECURED      13364.86          .00          .00
         Summary of disbursements:
------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED   83145.72    23876.31    40093.66        .00    147115.69
PRINCIPAL PAID       62561.96         .00         .00        .00     62561.96
INTEREST PAID             .00         .00         .00        .00          .00
TOTAL PAID           62561.96         .00         .00        .00     62561.96
The Debtor's attorney, ROBERT V SCHALLER          , was allowed $  2500.00
and was paid $  1500.00  direct and $  1000.00  through the plan.

The Trustee received $  2830.04 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 08/19/08                     /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE